UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY STUART HALAJIAN,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA, et al.,<br><br>Defendants, | No.  2:23-cv-1522 DJC DB PS<br><br><br><br>ORDER |

Plaintiff Barry Stuart Halajian is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On October 5, 2023, defendants Hasset & George PC and James Trudell filed a request for an extension of time to file a response to plaintiff's complaint.  (ECF No. 20.)  Therein, defendants explain that they reside out of state and only recently obtained counsel.  (Id. at 3.)  Good cause appearing, defendants' request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' October 5, 2023 request for an extension of time (ECF No. 20) is granted; and

////

////

////

1

2. Defendants shall file a response to plaintiff's complaint within twenty-eight days of the date of this order.

Dated: October 16, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/halajian1522.eot.ord