UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY STUART HALAJIAN, | No. 2:23-cv-1522-DJC-SCR |
| Plaintiff, | |
| v. | ORDER |
| JP MORGAN CHASE BANK, NA, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On December 1, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 86. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 1, 2025, are adopted in full;

1

2.  The Court dismisses the sole remaining defendant, Bay Advance; and

3.  The Clerk is directed to enter Judgment dismissing this action with prejudice and close the case.

IT IS SO ORDERED.

Dated:    **January 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Hala1522.801